ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LINDI DURAN and TOMMY DURAN,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>Defendants. | CASE NO. 2:20-cv-00605-JCM-VCF |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, Plaintiffs Lindi Duran and Tommy Duran ("Plaintiffs") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**.

/ / /

/ / /

/ / /

/ / /

/ / /

1

*ACTIVE 50245406v2*

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 30th day of April 2020.

| SANDERS PHILLIPS GROSSMAN, LLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: *Randi Alyson Kassan* | By: *Eric W. Swanis* |
| RANDI ALYSON KASSAN | ERIC W. SWANIS, ESQ. |
| 100 Garden City Plaza | Nevada Bar No. 6840 |
| Suite 500 | 10845 Griffith Peak Drive, Suite 600 |
| Garden City, New York 11530 | Las Vegas, Nevada 89135 |
| Telephone: (516) 741−5600 | Telephone: (702) 792-3773 |
| Facsimile: (516) 741−0128 | Facsimile: (702) 792-9002 |
| Email: rkassan@thesandersfirm.com | Email: swanise@gtlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**IT IS SO ORDERED:**

DATED: May 1, 2020

*/s/ James C. Mahan*

UNITED STATES DISTRICT JUDGE

2

ACTIVE 50245406v2

# CERTIFICATE OF SERVICE

I hereby certify that on **April 30, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

I hereby certify that I caused to have mailed by United States Postal Service the foregoing. document to the following non-ECF participants:

Randi Alyson Kassan
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza
Suite 500
Garden City, New York 11530
Email: rkassan@thesandersfirm.com
*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*/s/ Evelyn Escobar-Gaddi*
　　　　　　　　　　　　　　　　　　　An employee of GREENBERG TRAURIG, LLP

3

ACTIVE 50245406v2